USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**ROLSIL JHENDI PENA-LORA,**

**Plaintiff,**

**-against-**

**DENNISE MORALES, et al.,**

**Defendants.**

---------------------------------------------------------------X

**25-cv-10231 (JHR)(SN)**

**ORDER**

---------------------------------------------------------------X

**EDWARD MANUEL BELLIARD SANTOS,**

**Plaintiff,**

**-against-**

**DENNISE MORALES, et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-cv-07391 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 3, 2026, Belliard Santos v. Morales, et al., No. 26-cv-07391, was assigned to my docket for general pretrial supervision as related to Pena-Lora v. Morales, et al., 25-cv-10231. Belliard Santos was removed from state court, and Plaintiff's counsel has not appeared in this action. Belliard Santos is, however, a defendant and cross claimant in Pena-Lora, where he has appeared with counsel.

Accordingly, by Friday, September 18, 2026, counsel for Belliard Santos in Pena-Lora shall file in Belliard Santos either a Notice of Appearance or a letter advising the Court of Belliard Santos's representation status.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York